**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

Gerald Smith                                              Case No: 06-57212
                                                          Judge: Shapero
                                                          Chapter 13

        Debtors
_____/

**SUBSTITUTION OF ATTORNEY**

    Kimberly C. Redd hereby substitutes as attorney for Debtor, Gerald Smith.

Approved By:

_/s/ Virginia Gourlay_
VIRGINIA GOURLAY (P68787)
36177 Mound Road
Sterling Heights, MI 48137
(586) 446-4605
virginiago@uawlsp.com


_/s/ Gerald Smith_
Gerald Smith

                                              Respectfully Submitted,

                                              __/s/Kimberly Redd_____
                                              KIMBERLY REDD (P58875)
                                              2000 Town Center, Suite 1900
                                              Southfield, MI 48075
                                              (248) 351-9787
                                              Kimberly@attyredd.com